1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MICHAEL HEALY  Bar No. 95098
2  REBECCA M. BIERNAT  Bar No. 198635
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendant
6  Perrigo Pharmaceuticals Company

RECEIVED

DEC 0 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARGARITA GAETA, as guardian ad litem for A.G., a minor,<br><br>Plaintiffs<br><br>v.<br><br>PERRIGO PHARMACEUTICALS COMPANY AND LONGS DRUG STORES CORPORATION,<br><br>Defendants. | CASE NO. C-05-04115 JW<br><br>STIPULATION AND [PROPOSED] ORDER MOVING HEARING DATE ON DEFENDANT'S MOTION TO STRIKE |

Defendant Perrigo Pharmaceutials Company and plaintiff Margarita Gaeta, by and through their attorneys of record, hereby stipulate to the following:

1. The current date for hearing defendant's Motion To Strike is December 19, 2005.

2. The parties hereby stipulate to re-notice the date for hearing defendant's motion to February 6, 2006, at 9:00 AM.

3. Good cause exists for the proposed extension due to plaintiff's counsel's unavailability on the current date. The parties have coordinated their calendars and proposed rescheduling defendant's Motion to Strike to February 6, 2006.

IT IS SO STIPULATED:

///

///

SF/1303045v1

-1-                                                              CASE NO. C-05-04115 JW
STIPULATION AND ORDER MOVING HEARING DATE ON DEFENDANT'S MOTION TO STRIKE

10719565.tif - 12/5/2005 10:48:21 AM

| | | |
|---|---|---|
| 1 | DATED: December 5, 2005 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 2 | | |
| 3 | | By: /s/ Michael T. Healy |
| 4 | | Michael Healy<br>Attorneys for Defendant<br>Perrigo Pharmaceuticals Company |
| 5 | | |
| 6 | | |
| 7 | DATED: December 5, 2005 | LAW OFFICES OF JAMES C. BARBER |
| 8 | | |
| 9 | | By: |
| 10 | | James C. Barber<br>Attorneys for Plaintiffs<br>Margarita Gaeta and A.G. |

Upon the stipulation of the parties set forth above, and good cause appearing therefor, IT IS SO ORDERED.

DATED: December 7, 2005

/s/ James Ware
UNITED STATES DISTRICT COURT JUDGE

| | | |
|---|---|---|
| 1 | DATED: December 2, 2005 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Michael Healy<br>Attorneys for Defendant<br>Perrigo Pharmaceuticals Company |
| 5 | | |
| 6 | | |
| 7 | DATED: December 2, 2005 | LAW OFFICES OF JAMES C. BARBER |
| 8 | | |
| 9 | | By: _____ |
| 10 | | James C. Barber<br>Attorneys for Plaintiffs<br>Margarita Gaeta and A.G. |

Upon the stipulation of the parties set forth above, and good cause appearing therefor, IT IS SO ORDERED.

DATED: December __, 2005

_____
UNITED STATES DISTRICT COURT JUDGE

SEDGWICK
DETERT, MORAN & ARNOLD LLP

SF/1303045v1                         -2-                    CASE NO. C-05-04115 JW
                    STIPULATION AND ORDER MOVING HEARING DATE ON DEFENDANT'S MOTION TO STRIKE

TOTAL P.03

10719565.tif - 12/5/2005 10:48:21 AM