**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                             SAN JOSE DIVISION
10
11   Margarita Gaeta, as guardian ad litem for       NO. C 05-04115 JW
     A.G., a minor,
12                                                    **ORDER CONTINUING HEARING ON**
                      Plaintiff,                      **DEFENDANT'S MOTION TO STRIKE**
13        v.
14   Perrigo Pharmaceuticals Company, et. al,
15                     Defendants.
                                             /
16
17            Pursuant to Plaintiff's non-opposition to Defendant Perrigo's Motion to Strike and Defendant
18   Perrigon's request to continue to hearing pending Plaintiff's filing of its Second Amended
19   Complaint, the Court vacates the hearing presently scheduled for February 6, 2006.  The Court sets a
20   new hearing date on **March 13, 2006 at 9 a.m.**
21
22
23   Dated: January 26, 2006
24                                                    JAMES WARE
                                                      United States District Judge
25
26
27
28

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

James Conner Barber lojcb@aol.com

Kenneth C. Ward kcward@archernorris.com

3

Michael F. Healy michael.healy@sdma.com

Randall Penner penner.bradley@sbcglobal.net

4

Rebecca Marie Biernat Rebecca.Biernat@sdma.com

5

6

**Dated: January 26, 2006**                                    **Richard W. Wieking, Clerk**

7

8                                                                                      **By:   /s/ JW Chambers**

9                                                                                            **Melissa Peralta**

**Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28