NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Margarita Gaeta, et al., | NO. C 05-04115 JW |
| Plaintiff(s), | |
| v. | **ORDER GRANTING PLAINTIFFS' RULE 15(a) UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' SECOND AMENDED COMPLAINT; DENYING MOTION TO STRIKE AS MOOT** |
| Perrigo Pharmaceuticals Company et al., | |
| Defendant(s). | |

Plaintiffs Augustine Gaeta, individually, and Margarita Gaeta, individually and as Guardian ad litem for A.G., a minor child, seeks leave to amend Plaintiffs' First Amended Complaint to join new parties, to eliminate certain claims, and to make other minor typographical changes. The motion was noticed for hearing on March 13, 2006. Defendant Perrigo Pharmaceuticals Company has stipulated to the filing of Plaintiffs' Second Amended Complaint. See Defendant's Reply filed January 24, 2006.

The Court finds it appropriate to take this matter under submission for decision on the basis of the papers filed by the parties, without oral argument pursuant to Local Rule 7-6. Based upon all papers filed to date and the stipulation of the parties, the Court GRANTS Plaintiffs' Motion for Leave to File Plaintiffs' Second Amended Complaint in accordance with Federal Rule of Civil Procedure 15(a). Plaintiffs shall file and serve the Second Amended Complaint no later than March 13, 2006.

1  Further, Defendant's motion to strike is denied as moot.

2  Dated: February 27, 2006                         /s/James Ware
   05cv4115sac                                      JAMES WARE
3                                                   United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Conner Barber lojcb@aol.com
Kenneth C. Ward kcward@archernorris.com
Michael F. Healy michael.healy@sdma.com
Randall Penner penner.bradley@sbcglobal.net
Rebecca Marie Biernat Rebecca.Biernat@sdma.com

Judith B. Anderson
Archer Norris
2033 North Main Street, Suite 800
P. O. Box 8035
Walnut Creek, Ca 94596-3728

Rhonda R. Bartlett
4310 Gaston Avenue
Dallas, TX 75246

**Dated: Feb. 28, 2006**                                    **Richard W. Wieking, Clerk**

**By:_/s/JW Chambers_____
    Melissa Peralta
    Courtroom Deputy**