UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUGUSTINE GAETA, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>PERRIGO PHARMACEUTICALS, *et al.*,<br><br>  Defendants. | Case No. 05-cv-04115-JW<br><br>**AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Stipulation, IT IS HEREBY ORDERED that the deadlines contained in the Order Setting Initial Case Management Conference, entered 10/12/2005, are amended as set forth below. A copy of this amended order must also be served under the terms of the previous order when serving a complaint or notice of removal.

**CASE SCHEDULE [ADR MULTI-OPTION PROGRAM]**

| Date | Event | Governing Rule |
|---|---|---|
| 02/28/2006 | Second Amended Complaint filed | |
| 06/05/2006 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR LR 3-5 |
| 06/05/2006 | Last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 06/19/2005 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report | FRCivP 26(a)(1)<br>Civil L.R. 16-9 |
| 06/26/2006 | Case Management Conference in 8 at 10:00 AM | Civil L.R. 16-10 |

Dated this  27th  day of  March , 2006.

_____
United States District Judge

AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE—Case No. 05-cv-04115-JW