1  J. David Bickham (SBN 145449)
   Colleen T. Davies (SBN 111371)
2  Juliet W. Starrett (SBN 227231)
   REED SMITH LLP
3  1999 Harrison Street, Suite 2400
   Oakland, CA 94612-3572
4  E-Mail: dbickham@reedsmith.com

5  **Mailing Address:**
   P.O. Box 2084
6  Oakland, CA 94604-2084

7  Telephone:   510.763.2000
   Facsimile:   510.273.8832
8
   Attorneys for Defendant
9  BASF Corporation

*IT IS SO ORDERED*
*[signature] James Ware*
*Judge James Ware*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTINE GAETA, et al., | Case No. C-05-04115 JW |
| Plaintiffs, | [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT |
| vs. | |
| PERRIGO PHARMACEUTICALS COMPANY, et al., | Honorable James Ware |
| Defendants. | |

1   The parties having stipulated,

2

3   IT IS HEREBY ORDERED that BASF Corporation shall have to, through and
4   including May 12, 2006 in which to answer, move or otherwise respond to Plaintiffs' Second
5   Amended Complaint.

6

7   DATED: __05/03_____, 2006.

8

9

10

11   By _____/s/ James Ware_____
     James Ware
12   Judge of the United States District Court

13

14

...

28

C-05-04115 JW                                                          DOCSOAK-9824491.1-DBICKHAM

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**