HASSARD BONNINGTON LLP
THOMAS M. FRIEDER, ESQ., State Bar No. 95411
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3993
E-Mail: tmf@hassard.com

Telephone: (415) 288-9800
Fax: (415) 288-9801

Attorneys for Defendant
PAR PHARMACEUTICAL COMPANIES, INC.

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTINE GAETA, individually, and MARGARITA GAETA, individually and as Guardian Ad Litem for A.G., a minor child,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>PERRIGO PHARMACEUTICALS COMPANY, LONGS DRUG STORES CORPORATION, PAR PHARMACEUTICAL COMPANIES, INC., PAR PHARMACEUTICAL, INC., and BASF CORPORATION,<br><br>　　　　　　Defendants. | Case No. 05-cv-04115-JW<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT<br><br>Honorable James Ware |

-1-

1  The parties having stipulated,

2

3

4  IT IS HEREBY ORDERED that Par Pharmaceutical Companies, Inc.

5  shall have to, through and including May 12, 2006 in which to answer, move or

6  otherwise respond to Plaintiffs' Second Amended Complaint.

7  DATED:  05/03  , 2006.

8

9

10  By _____
    James Ware
11  Judge of the United States District Court

12

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT
D:\TEMP\WORLDOX\WDTEMP\00150147.DOC-42506