1  RANDALL M. PENNER (State Bar No. 101201)
   PENNER, BRADLEY & BUETTNER
2  1171 West Shaw Avenue, Suite 102
   Fresno, California 93711
3  Phone: (559) 221-2100
   Fax: (559) 221-2101
4
   TED B. LYON, JR. (State Bar No. 12741500)
5  Law Offices of Ted B. Lyon & Associates **(Pro Hac Vice)**
   18601 LBJ Freeway, Suite 525
6  Mesquite, Texas 75150
   Phone: (972) 279 6571
7  Fax: (972) 279 3021

8  Attorneys for Plaintiff AUGUSTINE GAETA, individually,
   and MARGARITA GAETA, individually,
9  as Guardian Ad Litem for A. G., a minor child.

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                           SAN JOSE DIVISION
13

14
   MARGARITA GAETA,                    )   CASE NO: 05-cv- 04115-JW
15 As Guardian Ad Litem for            )
   A. G., a minor child,               )
16                                     )
              Plaintiff,               )   NOTICE OF PARTIAL DISMISSAL
17                                     )
        v.                             )
18                                     )
   PERRIGO PHARMACEUTICALS             )
19 COMPANY; and LONGS DRUG STORES      )
   CORPORATION,                        )
20                                     )
              Defendants.              )
21 _____)

22

23     TO: Defendant Longs Drug Stores Corporation, by and through its attorneys of record,

24 Kenneth Ward, Esq., and Judith Anderson, Esq., Archer Norris, 2033 North Main Street, Suite 800,

25 P.O. Box 8035, Walnut Creek, California 94596.

26

27

28

NOTICE OF PARTIAL DISMISSAL                          GAETA V. PERRIGO et. Al.
                                                     CASE NO: 05-cv- 04115-JW

Defendant Perrigo Pharmaceuticals Company, by and through it attorneys of record, Michael F. Healy, Esq., Rebecca M. Biernat, Esq., Sedgwick, Detert, Moran & Arnold, LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105.

Please take Notice that all claims against Defendant Longs Drugs Stores Corporation are hereby dismissed without prejudice, pursuant to Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure.

Dated: May 22, 2006        PENNER, BRADLEY & BUETTNER

\s\ Randall M. Penner
RANDALL M. PENNER
PENNER, BRADLEY & BUETTNER
1171 W. Shaw Ave., Ste. 102
Fresno, California 93711
Phone: (559) 221-2100
Fax: (559) 221-2101
(State Bar No.101201)
ATTORNEYS FOR PLAINTIFFS

TED B. LYON & ASSOCIATES

\s\ Marquette Wolf
MARQUETTE WOLF
Law Offices of Ted B. Lyon & Associates
**(Pro Hac Vice)**
18601 LBJ Freeway, Suite 525
Mesquite, Texas 75150
Phone: (972) 279 6571
Fax: (972) 279 3021
(State Bar No. 00797685)
ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

The Undersigned certifies that a copy of the foregoing instrument was served this 22nd day of May, 2006, upon all counsel via certified mail, return receipt requested.

\s\ Rebecca Stasio
Rebecca Stasio