1 | Kenneth C. Ward (Bar No. 63131)
Judith B. Anderson (Bar No. 099244)
2 | Colin C. Munro (Bar No. 195520)
ARCHER NORRIS
3 | A Professional Law Corporation
2033 North Main Street, Suite 800
4 | P.O. Box 8035
Walnut Creek, CA 94596
5 | Telephone: (925) 930-6600
Facsimile: (925) 930-6620
6 |
Attorneys for Defendant
7 | LONGS DRUG STORES CORPORATION

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 |

11 | MARGARITA GAETA, As Guardian Ad | No. C05 04115 JW
Litem for A.G., a minor child,,
12 | Plaintiff, | **STIPULATION OF DISMISSAL**

13 |

14 | v.

15 | PERRIGO PHARMACEUTICALS
COMPANY; and LONGS DRUG
16 | STORES CORPORATION,
Defendants.

17 |

18 | IT IS HEREBY STIPULATED by and between the parties to this action through their

19 | designated counsel that :

20 | All claims against Defendant Longs Drug Stores Corporation are hereby dismissed

21 | without prejudice pursuant to FRCP 41(a)(1).

22 |

23 | Dated: June 5th, 2006 TED LYON & ASSOCIATES

24 |

25 | By _____
MARQUETTE WOLF Ted B. Lyon, Attorney for
26 | Plaintiffs Margarita Gaeta and A.G.

27 |

28 |

LD114/472449-1 (No. C05 04115 JW)

1

Dated: June _1_, 2006                          REED SMITH LLP

2

3

By

4                                              David Bickham, Attorney for
                                               Defendant BASF Corporation.
5

6

Dated: June ___, 2006                          HASSARD BONNINGTON LLP

7

8

9

Thomas M. Frieder

10                                             Attorney for Defendant PAR Pharmaceutical
                                               Companies Inc.,
11

12

Dated: June ___, 2006                          ARCHER NORRIS

13

14

Colin C. Munro

15                                             Attorney for Defendant
                                               Longs Drug Stores Corporation
16

17

Dated: June ___, 2006                          SEDGWICK, DETERT, MORAN & ARNOLD

18                                             LLP

19

20

Rebecca Biernat

21                                             Attorney for Defendant
                                               Perrigo Pharmaceuticals Company
22

23

24

25

26

27

28

LD114/472449-1                                                            (No. C05 04115 JW)

2

STIPULATION OF DISMISSAL

1

2    Dated: June ___, 2006                    REED SMITH LLP

3    .

4                                             By_____
                                                  David Bickham, Attorney for
5                                                 Defendant BASF Corporation.

6
     Dated: June __/_, 2006                   HASSARD BONNINGTON LLP
7

8

9                                             _____
                                              Thomas M. Frieder
10                                            Attorney for Defendant PAR Pharmaceutical
                                              Companies Inc.,
11

12   Dated: June _5th_, 2006                  ARCHER NORRIS

13

14

15                                            _____
                                              Colin C. Munro
                                              Attorney for Defendant
16                                            Longs Drug Stores Corporation

17
     Dated: June ___, 2006                    SEDGWICK, DETERT, MORAN & ARNOLD
18                                            LLP

19

20

21                                            _____
                                              Rebecca Biernat
22                                            Attorney for Defendant
                                              Perrigo Pharmaceuticals Company

23

24

25

26

27

28
     LD114/472449-1                                                      (No. C05 04115 JW)

                                         2
                              STIPULATION OF DISMISSAL

1
2   Dated: June ___, 2006                    REED SMITH LLP

3
                                            By_____
4                                                David Bickham, Attorney for
                                                 Defendant BASF Corporation.
5

6
    Dated: June ___, 2006                    HASSARD BONNINGTON LLP
7

8

9                                           _____
                                            Thomas M. Frieder
10                                          Attorney for Defendant PAR Pharmaceutical
                                            Companies Inc.,
11

12  Dated: June ___, 2006                    ARCHER NORRIS

13

14
                                            _____
15                                          Colin C. Munro
                                            Attorney for Defendant
16                                          Longs Drug Stores Corporation

17
    Dated: June _7_, 2006                    SEDGWICK, DETERT, MORAN & ARNOLD
18                                          LLP

19

20                                          _____
                                            Rebecca Biernat
21                                          Attorney for Defendant
                                            Perrigo Pharmaceuticals Company
22

23

24

25

26

27

28
    LD114/472449-1                                                    (No. C05 04115 JW)
                                            2
                                    STIPULATION OF DISMISSAL

1

## PROOF OF SERVICE

2

**Name of Action:  Gaeta v. Perrigo Pharmaceuticals, et al.**
**Court and Action No:  U.S. District Court, Northern District, Action No. C05 04115 JW**

3

4       I, the undersigned, declare that I am over the age of eighteen years, and not a party to this action or proceeding.  My business address is 2033 North Main Street, Suite 800, P.O. Box 8035, Walnut Creek, CA  94596.  On June 5, 2006, I caused the following document(s) to be served:

5

## STIPULATION OF DISMISSAL

6

7   [X]   by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices.  I am readily familiar

8       with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  On the same day that a sealed envelope is placed

9       for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

10

11   [ ]   by placing a true copy of the document(s) listed above enclosed in a sealed envelope, with postage fully prepaid thereon, in the United States mail at Walnut Creek, California addressed as set forth below.

12

13   [ ]   by having a true copy of the document(s) listed above transmitted by facsimile to the person(s) at the facsimile number(s) set forth below before 5:00 p.m.  The transmission was reported as complete without error by a report issued by the transmitting facsimile

14       machine.  A true and correct copy of the transmission report is attached hereto.

15   [ ]   by having personally delivered a true copy of the document(s) listed above, enclosed in a sealed envelope, to the person(s) and at the address(es) set forth below.

16

17   [ ]   by having personal delivery by _____ of a true copy of the document(s) listed above, enclosed in a sealed envelope, to the person(s) and at the address(es) set forth below.

18

19   Randall M. Penner, Esq.                      Ted B. Lyon, Esq./Marquette Wolf
    Penner, Bradley & Buettner                   Ted B. Lyon & Associates, P.C.

20   1171 W. Shaw Avenue, Suite 102               18601 LBJ Freeway, Suite 525
    Fresno, CA  83711                            Mesquite, TX  75150

21   Tel: (559) 221-2100                          Tel: (972) 279-6571
    Fax: (559) 221-2101                          Fax: (972) 279-3021

22   Attorneys for Plaintiff                      Co-Counsel for Plaintiff

23

24

25

26

27

28

LD114/453250-1

1    Michael Healy, Esq.                          J. David Bickham, Esq.
     Sedgwick, Detert, Moran & Arnold            ReedSmith LLP
2    One Market Plaza                            1999 Harrison Street, Suite 2400
     Steuart Tower, 8th Floor                    Oakland, CA 94612-3572
3    San Francisco, CA 94105                     Tel: (510) 763-2000
     Tel: (415) 781-7900                         Fax: (510) 273-8832
4    Fax; (415) 781-2635                         Attorneys for Defendant BASF
     Attorneys for Perrigo Pharmaceuticals       Corporation
5    Company

6

7    Thomas M. Frieder, Esq.
     Hassard Bonnington LLP
8    Two Embarcadero Center, Suite 1800
     San Francisco, CA 94111-3993
9    Tel: (415) 288-9800
     Fax: (415) 288-9801
10   Attorneys for Defendant PAR
     Pharmaceutical Companies, Inc.
11

12       I declare under penalty of perjury that the foregoing is true and correct. Executed on June
13   5, 2006, at Walnut Creek, California.

14

15                           /s/ Anne M. Graham
                             Anne M. Graham
16

17

18

19

20

21

22

23

24

25

26

27

28

LD114/453250-1

2