```
 1  RANDALL M. PENNER (State Bar No. 101201)
    PENNER, BRADLEY & BUETTNER
 2  1171 West Shaw Avenue, Suite 102
 3  Fresno, California 93711
    Phone: 559-221-2100
 4  Fax: 559-221-2101

 5  TED B. LYON, JR. (State Bar No. 12741500)
    Law Office of Ted B. Lyon & Associates, P.C. (Pro Hac Vice)
 6  18601 LBJ Freeway, Suite 525
 7  Mesquite, Texas 75150
    Phone: 972-279-6571
 8  Fax: 972-279-3021

 9  Attorneys for Plaintiff AUGUSTINE GAETA, individually,
10  and MARGARITA GAETA, individually, and as Guardian Ad
    Litem for A.G. a minor child.
```

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | | |
|---|---|---|
| AUGUSTINE GAETA, et al., | ) | Case No. 05-cv-04115-JW |
| Plaintiffs, | ) | |
| v. | ) | **STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS** |
| PERRIGO PHARMACEUTICALS, et al. | ) | |
| Defendants. | ) | |

The parties stipulate to participate in the following ADR process:

**Private Process:**

    __X__   Private ADR: mediation with JAMS Resolutions
              JAMS Resolution Center -San Jose, California
              160 W. Santa Clara Street, Suite 1150
              San Jose, California 95113
              Tel. 408-288-2240
              Fax: 408-295-5267

1
2  Dated: _____
3                              Marquette Wolf
                               Ted B. Lyon & Associates, P.C.
4                              Attorney for Plaintiffs

5  Dated: 6/5/06              _____[signature]
6                              Randall M. Penner
                               Penner, Bradley & Buettner
7                              Attorney for Plaintiffs

8
9  Dated: _____
                               Rebecca Biernat
10                             Sedgwick, Detert, Moran & Arnold
                               Attorney for Defendant Perrigo Pharmaceuticals Company
11

12 Dated: _____
13                             Thomas M. Frieder
                               Hassard Bonnington, LLP
14                             Counsel for Par Pharmaceutical Companies, Inc. &
                               Par Pharmaceutical, Inc.
15

16
17 Dated: _____
                               J. David Bickham
18                             Reed Smith, LLP
                               Counsel for BASF Corporation
19

20 IT IS SO ORDERED:
21
22
23 Dated: 06/09/06            _____[signature: James Ware]
                               UNITED STATES DISTRICT JUDGE
24
25
26
27
28

| | |
|---|---|
| 1 | |
| 2 | Dated: 6/5/06 |
| | Marquette Wolf |
| 3 | Ted B. Lyon & Associates, P.C. |
| | Attorney for Plaintiffs |
| 4 | |
| 5 | Dated: 6/5/06 |
| 6 | Randall M. Penner |
| | Penner, Bradley & Buettner |
| 7 | Attorney for Plaintiffs |
| 8 | |
| 9 | Dated: _____ |
| | Rebecca Biernat |
| 10 | Sedgwick, Detert, Moran & Arnold |
| | Attorney for Defendant Perrigo Pharmaceuticals Company |
| 11 | |
| 12 | Dated: _____ |
| 13 | Thomas M. Frieder |
| | Hassard Bonnington, LLP |
| 14 | Counsel for Par Pharmaceutical Companies, Inc. & |
| | Par Pharmaceutical, Inc. |
| 15 | |
| 16 | |
| 17 | Dated: _____ |
| | J. David Bickham |
| 18 | Reed Smith, LLP |
| | Counsel for BASF Corporation |
| 19 | |
| 20 | IT IS SO ORDERED: |
| 21 | |
| 22 | |
| 23 | Dated: _____ |
| | UNITED STATES DISTRICT JUDGE |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS                                    Page 2

Jun 05 2006 11:51AM   PENNER,BRADLEY,& BUETTNER   559 2212101                          p.4
06/05/2006 13:05 FAX 9722793021            TED B.LYON                                    ☒003

```
 1
    Dated: _____
 2                                    _____
                                      Marquette Wolf
 3                                    Ted B. Lyon & Associates, P.C.
                                      Attorney for Plaintiffs
 4
 5  Dated: 6/5/06
                                      _____
 6                                    Randall M. Penner
                                      Penner, Bradley & Buettner
 7                                    Attorney for Plaintiffs

 8
    Dated: 6/5/06                     _____
 9
                                      Rebecca Bierman
10                                    Sedgwick, Detert, Moran & Arnold
                                      Attorney for Defendant Perrigo Pharmaceuticals Company
11
12  Dated: _____
                                      _____
13                                    Thomas M. Frieder
                                      Hassard Bonnington, LLP
14                                    Counsel for Par Pharmaceutical Companies, Inc. &
                                      Par Pharmaceutical, Inc.
15
16
17  Dated: _____             _____
                                      J. David Bickham
18                                    Reed Smith, LLP
                                      Counsel for BASF Corporation
19
20
    IT IS SO ORDERED:
21
22
23  Dated: _____
                                      _____
24                                    UNITED STATES DISTRICT JUDGE

25
26
27
28

    STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS          Page 2
```

```
 1
 2  Dated: _____        _____
                                 Marquette Wolf
 3                               Ted B. Lyon & Associates, P.C.
                                 Attorney for Plaintiffs
 4
 5  Dated: 6/5/06                _____
 6                               Randall M. Penner
                                 Penner, Bradley & Buettner
 7                               Attorney for Plaintiffs
 8
 9  Dated: _____        _____
                                 Rebecca Biernat
10                               Sedgwick, Detert, Moran & Arnold
                                 Attorney for Defendant Perrigo Pharmaceuticals Company
11
12  Dated: 6/5/06                _____
13                               Thomas M. Frieder
                                 Hassard Bonnington, LLP
14                               Counsel for Par Pharmaceutical Companies, Inc. &
                                 Par Pharmaceutical, Inc.
15
16
17  Dated: _____        _____
                                 J. David Bickham
18                               Reed Smith, LLP
                                 Counsel for BASF Corporation
19
20
    IT IS SO ORDERED:
21
22
23  Dated: _____        _____
                                 UNITED STATES DISTRICT JUDGE
24
25
26
27
28

STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS                Page 2
```

| | |
|---|---|
| Dated: _____ | Marquette Wolf<br>Ted B. Lyon & Associates, P.C.<br>Attorney for Plaintiffs |
| Dated: 6/5/06 | *(signature)*<br>Randall M. Penner<br>Penner, Bradley & Buettner<br>Attorney for Plaintiffs |
| Dated: _____ | Rebecca Biernat<br>Sedgwick, Detert, Moran & Arnold<br>Attorney for Defendant Perrigo Pharmaceuticals Company |
| Dated: _____ | Thomas M. Frieder<br>Hassard Bonnington, LLP<br>Counsel for Par Pharmaceutical Companies, Inc. &<br>Par Pharmaceutical, Inc. |
| Dated: 06/05/06 | *(signature)*<br>J. David Bickham<br>Reed Smith, LLP<br>Counsel for BASF Corporation |

IT IS SO ORDERED:

Dated: _____                    _____
                                    UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS                Page 2