HASSARD BONNINGTON LLP
THOMAS M. FRIEDER, ESQ., State Bar No. 95411
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3993
E-Mail: tmf@hassard.com

Telephone: (415) 288-9800
Fax: (415) 288-9801

Attorneys for Defendants
PAR PHARMACEUTICAL COMPANIES, INC., and
PAR PHARMACEUTICAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTINE, GAETA, individually, and MARGARITA GAETA, individually and as Guardian Ad Litem for A.G., a minor child, <br><br> Plaintiffs, <br><br> vs. <br><br> PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendant. | Case No. C0504115JW <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO DISCOVERY FOR DEFENDANTS PAR PHARMACEUTICAL COMPANIES, INC. AND PAR PHARMACEUTICAL, INC.** |

Plaintiffs Augustine Gaeta, individually, and Margarita Gaeta, individually and as Guardian Ad Litem for A.G. a minor child, by and through undersigned counsel, hereby extend the time for Defendants Par Pharmaceutical Companies, Inc. and Par Pharmaceutical, Inc., to respond to Plaintiffs' First Set of Interrogatories and Plaintiffs' First Request for Production until September 27, 2006.

DATED: September 12, 2006

TED B. LYON & ASSOCIATES, P.C.

By <u>/s/ Marquette Wolf (with permission)</u>
  MARQUETTE WOLF
State Bar No. 00797685 (*pro hac vice*)

18601 LBJ Freeway, Suite 525
Mesquite, Texas 75150
Telephone: (972) 279-6571
Telecopier: (972) 279-3021

ATTORNEYS FOR PLAINTIFFS


By <u>/s/ Thomas M. Frieder</u>
  Thomas M. Frieder
  Attorneys for Defendants
  PAR PHARMACEUTICAL
  COMPANIES, INC. AND PAR
  PHARMACEUTICAL, INC.

-2-

*[signature]*

sig for 2 wk. extension.