1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MICHAEL HEALY  Bar No. 95098
2  JENNIFER B, BONNEVILLE Bar No. 243686
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendants
6  Perrigo Pharmaceuticals Company

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11 MARGARITA GAETA, as guardian ad          CASE NO. C0504115JW
   litem for A.G., a minor,
12                                          **STIPULATION AND [PROPOSED]**
            Plaintiff,                      **ORDER MOVING HEARING DATE ON**
13                                          **PLAINTIFF'S MOTION TO COMPEL**
        v.
14
   PERRIGO PHARMACEUTICALS
15 COMPANY AND LONGS DRUG
   STORES CORPORATION,
16
            Defendants.
17

18      Defendant Perrigo Pharmaceuticals Company and plaintiff Margarita Gaeta, by and

19 through their attorneys of record, hereby stipulate to the following:

20      1.      The current date for hearing plaintiff's Motion To Compel is August 7, 2007.

21      2.      The parties hereby stipulate to re-notice the date for hearing plaintiff's motion to

22 August 14, 2007, at 10:00 a.m.  Accordingly, the new deadline for defendant Perrigo

23 Pharmaceuticals Company's to mail serve their opposition to plaintiff's motion is July 27, 2007.

24      3.      Good cause exists for the proposed extension due to the production of voluminous

25 documents by defendant Perrigo Pharmaceuticals Company and to allow the parties to continue

26 their efforts to resolve the issues set forth in plaintiff's motion.

27      IT IS SO STIPULATED:

28 ///

**SEDGWICK**
DETERT MORAN & ARNOLD

1  DATED:  July 12, 2007            SEDGWICK, DETERT, MORAN & ARNOLD LLP

2

3                                   By: _____

4                                       Jennifer B. Bonneville
                                        Attorneys for Defendant
5                                       Perrigo Pharmaceuticals Company

6

7  DATED:  July 12, 2007            LAW OFFICES OF TED B. LYON & ASSOCIATES, P.C.

8

9                                   By: _____
                                        Marquette Wolf
10                                      Attorneys for Plaintiffs
                                        Margarita Gaeta and A.G.
11

12

13

14

15         Upon the stipulation of the parties set forth above, and good cause appearing therefore, IT

16 IS SO ORDERED.

17

18 DATED:  July 13, 2007

19

20         _____
   UNITED STATES DISTRICT COURT JUDGE
21                  MAGISTRATE

22

23

24

25

26

27

28

SF/1422437v1                                      -2-                       CASE NO. C0504115JW
                     Stipulation And [Proposed] Order Moving Hearing Date On Plaintiff's Motion To Compel

1   DATED: July 10, 2007         SEDGWICK, DETERT, MORAN & ARNOLD LLP

2

3                                By:_____
                                    Jennifer B. Bonneville
4                                   Attorneys for Defendant
                                    Perrigo Pharmaceuticals Company
5

6

7   DATED: July 10, 2007         LAW OFFICES OF TED B. LYON & ASSOCIATES, P.C.

8

9                                By:_____
                                    Marquette Wolf
10                                  Attorneys for Plaintiffs
                                    Margarita Gaeta and A.G.
11

12

13

14

15        Upon the stipulation of the parties set forth above, and good cause appearing therefore, IT

16   IS SO ORDERED.

17

18   DATED: July __, 2007

19

20                               _____
                                 UNITED STATES DISTRICT COURT JUDGE
21

22

23

24

25

26

27

28