RANDALL M. PENNER (State Bar No. 101201)
PENNER, BRADLEY & BUETTNER
1171 West Shaw Avenue, Suite 102
Fresno, California 93711
Phone: 559-221-2100
Fax: 559-221-2101

TED B. LYON, JR. (State Bar No. 12741500)
Law Office of Ted B. Lyon & Associates, P.C. (*Pro Hac Vice*)
18601 LBJ Freeway, Suite 525
Mesquite, Texas 75150
Phone: 972-279-6571
Fax: 972-279-3021

Attorneys for Plaintiff AUGUSTINE GAETA, individually,
and MARGARITA GAETA, individually, and as Guardian Ad
Litem for A.G. a minor child.

**DENIED WITHOUT PREJUDICE**
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| AUGUSTINE GAETA, et al., | Case No. 05-cv-04115-JW |
| Plaintiffs, | |
| v. | STIPULATION TO EXTEND TIME ON SCHEDULING ORDER DEADLINES AND [PROPOSED] ORDER |
| PERRIGO PHARMACEUTICALS, et al. | |
| Defendants. | |

Plaintiffs Augustine Gaeta, Individually, and Margarita Gaeta, individually and as Guardian Ad Litem for A.G., a minor child, by and through their undersigned counsel, and Defendants BASF Corporation, Perrigo Pharmaceuticals Company, and Par Pharmaceutical, Inc., by and through their undersigned counsel, hereby extend the time for expert designations deadline and dispositive motions by 45 days. This stipulation may be signed in counter-part.

**IT IS SO STIPULATED:**

Dated: 8/3/07

Marquette Wolf
Ted B. Lyon & Associates, P.C.
Attorney for Plaintiffs

Dated: 8/30/07

Randall M. Penner
Penner, Bradley & Buettner
Attorney for Plaintiffs

Dated: _____

Jennifer B. Bonneville
Sedgwick, Detert, Moran & Arnold
Attorney for Defendant Perrigo Pharmaceuticals Company

Dated: _____

Thomas M. Frieder
Hassard Bonnington, LLP
Counsel for Par Pharmaceutical, Inc.

Dated: _____

J. David Bickham
Reed Smith, LLP
Counsel for BASF Corporation

**IT IS SO ORDERED:**

Dated: _____

UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND TIME                                        Page 2

Dated: _____   _____
                                Marquette Wolf
                                Ted B. Lyon & Associates, P.C.
                                Attorney for Plaintiffs

Dated: _____   _____
                                Randall M. Penner
                                Penner, Bradley & Buettner
                                Attorney for Plaintiffs

Dated: 8/29/07                  [signature]
                                Jennifer B. Bonneville
                                Sedgwick, Detert, Moran & Arnold
                                Attorney for Defendant Perrigo Pharmaceuticals Company

Dated: 8/29/07                  [signature]
                                Thomas M. Frieder
                                Hassard Bonnington, LLP
                                Counsel for Par Pharmaceutical, Inc.

Dated: _____   _____
                                J. David Bickham
                                Reed Smith, LLP
                                Counsel for BASF Corporation

**IT IS SO ORDERED:** The parties' request to extend time for expert designations and time to file dispositive motions is DENIED. The stipulation does not extend all relative scheduling deadlines. The parties are welcome to file a revised stipulation that addresses all scheduling deadlines.

Dated: Sept. 4, 2007            [signature: James Ware]
                                UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND TIME                                       Page 2

IT IS SO STIPULATED:

Dated: _____
Marquette Wolf
Ted B. Lyon & Associates, P.C.
Attorney for Plaintiffs

Dated: 8/27/07
Randall M. Penner
Penner, Bradley & Buettner
Attorney for Plaintiffs

Dated: _____
Jennifer B. Bonneville
Sedgwick, Detert, Moran & Arnold
Attorney for Defendant Perrigo Pharmaceuticals Company

Dated: _____
Thomas M. Frieder
Hassard Bonnington, LLP
Counsel for Par Pharmaceutical Companies, Inc. &
Par Pharmaceutical, Inc.

Dated: 8/28/07
J. David Bickham
Reed Smith, LLP
Counsel for BASF Corporation

IT IS SO ORDERED:

Dated: _____
UNITED STATES DISTRICT JUDGE