United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Margarita Gaeta, et al., | NO. C 05-04115 JW |
| Plaintiffs, <br> v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| Perrigo Pharmaceuticals Company, et al., | |
| Defendants. / | |

In its June 13, 2008 Order, which granted summary judgment on the basis of preemption, the Court directed the parties to explain what claims, if any, remain in the case. (See Docket Item No. 244.) In their Joint Statement, the parties agreed that all of Plaintiffs' claims are preempted.[1] Based on the parties' representations, the Court VACATES the Case Management Conference presently set for June 30, 2008. The Court also VACATES the Final Pretrial Conference presently set for October 6, 2008.

The parties shall file a Proposed Form of Judgment on or before **July 7, 2008**.

Dated: June 26, 2008

JAMES WARE
United States District Judge

---

[1] Plaintiffs did not sign the Joint Statement but made their viewpoint known in correspondence which was attached to the statement as an exhibit. (Joint Case Management Statement, Ex. B, Docket Item No. 245.) If Plaintiffs disagree with the statement's characterization of their assent, they may file a formal objection to the statement with the Court.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bill  Zook bzook@tedlyon.com
Colin C. Munro cmunro@archernorris.com
Colleen T. Davies cdavies@reedsmith.com
Genese Kay Dopson genese.dopson@sdma.com
J. David Bickham dbickham@reedsmith.com
James Conner Barber lojcb@aol.com
Jennifer Brenda Bonneville jennifer.bonneville@sdma.com
Joseph P. Thomas jthomas@ulmer.com
Juliet W. Starrett jstarrett@reedsmith.com
Kelly J. Savage kelly.savage@sdma.com
Kenneth C. Ward kcward@archernorris.com
Marquette William Wolf mwolf@tedlyon.com
Michael F. Healy michael.healy@sdma.com
Prentiss Wilmer Hallenbeck phallenbeck@ulmer.com
Randall  Penner penner.bradley@sbcglobal.net
Randall  Penner penner.bradley@sbcglobal.net
Rebecca Marie Biernat Rebecca.Biernat@sdma.com
Thomas Michael Frieder tmf@hassard.com

Dated:  June 26, 2008                         **Richard W. Wieking, Clerk**

                                              **By:   /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**