**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9          SAN JOSE DIVISION

10  Margarita Gaeta, as guardian              NO. C 05-04115 JW
    ad litem for A.G., a minor, et al.,
11                                             **ORDER RE: PLAINTIFFS' OBJECTION**
               Plaintiffs,
12      v.

13  Perrigo Pharmaceuticals Co., et al.,

14             Defendants.

15  _____/

16      Before the Court is Plaintiffs' Objection to the Court's Order Vacating Case Management

17  Conference.  (Docket Item No. 248.)  In their Objection, Plaintiffs disagree that all their claims are

18  preempted by federal law pursuant to the Court's June 13, 2008 Order granting Defendant Perrigo's

19  motion for summary judgment.  (Id.)  However, Plaintiffs do agree that all their claims in this action

20  were disposed of by the June 13, 2008 Order.  (Id.)  Since the issue the Court sought to resolve in

21  the Case Management Conference was whether any of Plaintiffs' claims remained against Defendant

22  Perrigo Pharmaceuticals Co., Plaintiffs' Objection is OVERRULED as moot.

23

24  Dated:  July 25, 2008                    _____
                                             JAMES WARE
25                                           United States District Judge

26
27
28

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Bill Zook bzook@tedlyon.com
Colin C. Munro cmunro@archernorris.com
3 Colleen T. Davies cdavies@reedsmith.com
Genese Kay Dopson genese.dopson@sdma.com
4 J. David Bickham dbickham@reedsmith.com
James Conner Barber lojcb@aol.com
5 Jennifer Brenda Bonneville jennifer.bonneville@sdma.com
Joseph P. Thomas jthomas@ulmer.com
6 Juliet W. Starrett jstarrett@reedsmith.com
Kelly J. Savage kelly.savage@sdma.com
7 Kenneth C. Ward kcward@archernorris.com
Marquette William Wolf   mwolf@tedlyon.com
8 Michael F. Healy michael.healy@sdma.com
Prentiss Wilmer Hallenbeck phallenbeck@ulmer.com
9 Randall Penner penner.bradley@sbcglobal.net
Randall Penner penner.bradley@sbcglobal.net
10 Rebecca Marie Biernat Rebecca.Biernat@sdma.com
Thomas Michael Frieder tmf@hassard.com

11

12

13 **Dated:  July 25, 2008**                                **Richard W. Wieking, Clerk**

14

15                                                          **By:   /s/ JW Chambers**
                                                                **Elizabeth Garcia**
16                                                              **Courtroom Deputy**

17

18

19

20

21

22

23

24

25

26

27

28                                                          2