IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Margarita Gaeta, as guardian ad litem for A.G., a minor, et al., | NO. C 05-04115 JW |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| Perrigo Pharmaceuticals Co., et al., | |
| Defendants. | |

On June 20, 2008, the parties informed the Court in their Joint Case Management Conference Statement that Plaintiffs and Defendants Par Pharmaceutical, Inc. and BASF had reached a settlement in the above captioned matter. (Joint Statement at 3-4, Docket Item No. 245.) On or before **August 29, 2008,** the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, Plaintiffs and Defendants Par Pharmaceutical, Inc. and BASF shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **September 8, 2008 at 9:00 a.m.** to show cause, if any, why the complaint against them should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **August 29, 2008**, the parties shall file a Joint Statement in response to the Order to Show Cause. The Joint Statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a

voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  July 25, 2008

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bill Zook bzook@tedlyon.com
Colin C. Munro cmunro@archernorris.com
Colleen T. Davies cdavies@reedsmith.com
Genese Kay Dopson genese.dopson@sdma.com
J. David Bickham dbickham@reedsmith.com
James Conner Barber lojcb@aol.com
Jennifer Brenda Bonneville jennifer.bonneville@sdma.com
Joseph P. Thomas jthomas@ulmer.com
Juliet W. Starrett jstarrett@reedsmith.com
Kelly J. Savage kelly.savage@sdma.com
Kenneth C. Ward kcward@archernorris.com
Marquette William Wolf mwolf@tedlyon.com
Michael F. Healy michael.healy@sdma.com
Prentiss Wilmer Hallenbeck phallenbeck@ulmer.com
Randall Penner penner.bradley@sbcglobal.net
Randall Penner penner.bradley@sbcglobal.net
Rebecca Marie Biernat Rebecca.Biernat@sdma.com
Thomas Michael Frieder tmf@hassard.com

**Dated: July 25, 2008**                                **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California