SEDGWICK, DETERT, MORAN & ARNOLD LLP
MICHAEL F. HEALY (# 95098)
GENESE K. DOPSON (#108333)
WAYNE A. WOLFF (#161351)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
Perrigo Pharmaceuticals Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARGARITA GAETA, as guardian ad litem for A.G., a minor,<br><br>Plaintiffs<br><br>v.<br><br>PERRIGO PHARMACEUTICALS COMPANY AND LONGS DRUG STORES CORPORATION,<br><br>Defendants. | CASE NO. C-05-04115 JW<br><br>**ORDER GRANTING WITHDRAWAL OF MOTION FOR SANCTIONS** |

As demonstrated by the attached Exhibit A, Defendants Perrigo Pharmaceuticals Company and plaintiff Margarita Gaeta, by and through their attorneys of record, having stipulated that Plaintiffs' Motion for Sanctions shall be withdrawn, hereby stipulate:

IT IS SO ORDERED that Plaintiffs' Motion is deemed withdrawn without prejudice.

DATED: September 23, 2008

_/s/ James Ware_
Honorable James Ware



**EXHIBIT A**

SF/1354935v1

```
1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MICHAEL F. HEALY (# 95098)
2  GENESE K. DOPSON (#108333)
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendant
6  Perrigo Pharmaceuticals Company
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MARGARITA GAETA, as guardian ad litem for A.G., a minor, <br><br> Plaintiffs <br><br> v. <br><br> PERRIGO PHARMACEUTICALS COMPANY AND LONGS DRUG STORES CORPORATION, <br><br> Defendants. | CASE NO. C-05-04115 JW <br><br> **STIPULATION** |

Defendants Perrigo Pharmaceuticals Company and plaintiff Margarita Gaeta, by and through their attorneys of record, hereby stipulate:

1. In recognition of both parties' continued good faith efforts to meet and confer in an attempt to resolve outstanding discovery issues without the need for Court intervention, and to allow the parties additional opportunity to continue with such efforts, Plaintiffs shall withdraw without prejudice the pending Motion for Sanctions for Failure to Comply with Court Order Related to Discovery and Defendant Perrigo Pharmaceutical Company.

IT IS SO STIPULATED:

///

///

| | | |
|---|---|---|
| 1 | DATED: December 13, 2007 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 2 | | |
| 3 | | By: *[signature]* |
| 4 | | Michael Healy |
| | | Genese K. Dopson |
| 5 | | Attorneys for Defendant |
| | | Perrigo Pharmaceuticals Company |
| 7 | DATED: December 13, 2007 | LAW OFFICES OF TED B. LYON & ASSOCIATES |
| 8 | | |
| 9 | | By: *[signature]* |
| 10 | | Marquette Wolf, Esq. |
| | | Attorneys for Plaintiffs |
| 11 | | Margarita Gaeta and A.G. |