**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9          IN THE UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12   Margarita Gaeta, as guardian               NO. C 05-04115 JW
     ad litem for A.G., a minor, et al.,
13                                              **ORDER TO SHOW CAUSE RE:**
                    Plaintiffs,                 **POTENTIAL LIENS**
14        v.

15   Perrigo Pharmaceuticals Co., et al.,

16                  Defendants.

17   _____/

18   To:

19        (1)     Arup Lab

20        (2)     Children's Hospital of Central California

21        (3)     Dr. Parveen Jindal

22        (4)     Pediatric Anesthesia Associates Medical Group

23        (5)     Pediatric Pathology Medical Group

24        (6)     Esoterix, Inc. Laboratory Services

25        (7)     Focus Diagnostic

26        (8)     Lucille Packard Children's Hospital at Stanford

27        (9)     Stanford Hospital and Clinics

28        (10)    Valley Specialty Medical Group

**United States District Court**
For the Northern District of California

1    (11)    Wishon Radiological Medical Group

2    (12)    California Department of Health Care Services for MediCal,

3            California Children's Services Program and any other programs

4    (13)    California Children's Services/Systems of Care

5            Children's Medical Services Branch

6    (14)    Madera County Public Health Department

7    (15)    Madera Family Medical Group

8    (16)    Santa Clara County Department of Child Support Services

9        Margarita Gaeta and Augustine Gaeta bring this diversity action on behalf of their minor son,

10   A.G., against Perrigo Pharmaceuticals Company, PAR Pharmaceutical Inc, and BASF Corporation.

11   Plaintiffs allege A.G. suffered liver failure as a result of his consumption of ibuprofen manufactured

12   and distributed by Defendants.

13       Plaintiffs and one or more Defendants have reached a settlement and desire to jointly move

14   the Court to approve the settlement and to declare the settlement to be made in good faith.  The

15   settlement includes amounts which represent payment to the Plaintiffs for medical expenses incurred

16   by or on behalf of the minor.

17       A portion of the minor's medical expenses were paid by third party public and private health

18   beneficiary services and plans.  Some or all of these third parties are entitled to be reimbursed from

19   the proceeds of any settlement.  The parties to the case have made an effort to contact all third

20   parties; to notify them of the proposed settlement; to have the third-party file a claim for

21   reimbursement from the settlement, and if necessary to perfect any lien which the third party might

22   assert.  The parties have experienced difficulties in having the third parties respond and request the

23   assistance of the Court.

24       The Court finds that in order to protect the interests of the minor and the protect the integrity

25   of any judgment of the Court approving the settlement and making disbursements, it is necessary in

26   aid of its jurisdiction to order any claimant to assert its claim or to regard the claim as waived.

27

28                                        2

Accordingly, you are ordered to appear on **November 17, 2008 at 9 a.m.** and to show cause, if any, why the Court should not conduct a hearing at which any third party asserting a claim or lien must appear and prove the amount of the claim or lien; enter an order allowing all or a portion of any claim or lien; approving the settlement, and terminate any further claim by you against the settling parties for medical services or benefits provided to the minor up to and as of the date of the order.

Dated:  September 30, 2008

_James Ware_

JAMES WARE
United States District Judge

United States District Court

For the Northern District of California

3

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bill Zook bzook@tedlyon.com
Colin C. Munro cmunro@archernorris.com
Colleen T. Davies cdavies@reedsmith.com
Genese Kay Dopson genese.dopson@sdma.com
J. David Bickham dbickham@reedsmith.com
James Conner Barber lojcb@aol.com
Jennifer Brenda Bonneville jennifer.bonneville@sdma.com
Joseph P. Thomas jthomas@ulmer.com
Juliet W. Starrett jstarrett@reedsmith.com
Kelly J. Savage kelly.savage@sdma.com
Kenneth C. Ward kcward@archernorris.com
Marquette William Wolf mwolf@tedlyon.com
Michael F. Healy michael.healy@sdma.com
Prentiss Wilmer Hallenbeck phallenbeck@ulmer.com
Randall Penner penner.bradley@sbcglobal.net
Rebecca Marie Biernat Rebecca.Biernat@sdma.com
Thomas Michael Frieder tmf@hassard.com

**Arup Lab**
500 Chipeta Way
Salt Lake City, UT 84108-1221

**Children's Hospital of Central California**
9300 Valley Children's Place
Madera, CA 93638-8762

**Dr. Parveen Jindal**
4646 N. First Street, Suite 102
Fresno, California 93726

**Pediatric Anesthesia Associates Medical Group**
6235 N. Fresno St., suite 103
Fresno, CA 93710

**Pediatric Pathology Medical Group**
9300 Valley Children's Place
Madera, California 93636-8761

**Esoterix, Inc. Laboratory Services**
4301 Lost Hills Road
Calabasas Hills, CA 91301

**Focus Diagnostic**
5785 Corporate Avenue
Cypress, CA 90630

**Lucile Packard Children's Hospital at Stanford**
725 Welch Road
Palo Alto, CA  94304

**United States District Court**
For the Northern District of California

4

**United States District Court**
For the Northern District of California

1  **Stanford Hospital and Clinics**
   300 Pasteur Drive
2  Stanford, CA 94305

3  **Valley Specialty Medical Group**
   EMMI Physician Services, Inc.
4  3116 W. March Lane, Suite 200
   Stockton California, 95219
5
   **Wishon Radiological Medical Group**
6  1504 N. Wishon
   Fresno, CA  93728
7
   **State of California Health and Human Services Agency**
8  **Department of Healthcare Services**
   **Children's Medical Services Branch/**
9  **California Children's Services/System of Care**
   MS 8100
10 PO Box 997413
   Sacramento, California 95899-7413
11
   **Madera County Public Health Department**
12 14215 Road 28
   Madera, CA 93638
13
   **Madera Family Medical Group**
14 1111 W. Fourth Street
   Madera, CA 93637
15
   **Santa Clara County Department of Child Support Services**
16 2851 Junction Avenue
   San Jose, CA 95134
17

18

19 **Dated:  September 30, 2008**                    **Richard W. Wieking, Clerk**

20
                                                     By: _____**/s/ JW Chambers**_____
21                                                        **Elizabeth Garcia**
                                                          **Courtroom Deputy**
22

23

24

25

26

27

28