```
1  LAW OFFICES OF BRIAN D. WITZER, INC.
   Brian D. Witzer, Esq. (Bar No. 123277)
2  Andrew J. Spielberger, Esq. (Bar No. 120231)
   WITZER LAW BUILDING
3  8752 Holloway Drive
   West Hollywood, CA  90069-2327
4  Tele:  (310) 777-5999/Fax:  (310) 777-5988

5  PENNER & BRADLEY
   Randall Penner, Esq. (Bar No. 101201)
6  1171 West Shaw Ave., Suite 102
   Fresno, CA 93711
7  Tele: (559) 221-2100

8  LAW FIRM OF TED B. LYON & ASSOCIATES
   Marquete Wolf (00797685)
9  18601 LBJ Freeway, Suite 525
   Mesquite, Texas 75150-5614
10 Tele: (972) 279-6571/Fax: (972) 279-3021

11 Attorneys for Plaintiff Margarita Gaeta, as guardian
   for A.G., a minor child, et al.,
12
```

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware
10/3/2008

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARGARITA GAETA, as guardian ad litem for A.G., a minor, et al; | Case No. C 05-04115 JW |
| Plaintiff, | [Assigned for all purposes to the Hon. James Ware, Courtroom 8] |
| vs. | (P~~ROPOSE~~D) ORDER TO STRIKE DOCKET ITEM 276 |
| PERRIGO PHARMACEUTICALS COMPANY, et al | |
| Defendant. | |

1  **WHEREAS** Plaintiff filed an Opposition To Motion To Enforce And Confirm Settlement
2  (Docket Item 276) which includes information regarding the confidential settlement amount between
3  Plaintiff and BASF; and
4  **WHEREAS**, Plaintiff shall file an Opposition To Motion To Enforce And Confirm
5  Settlement (Redacted Version); NOW THEREFORE
6  **IT IS HEREBY ORDERED** that Docket Item 276 shall be stricken from the Court's
7  Record.    The Court terminates Docket Item 281 and Docket Item 283 as MOOT.
8  For completeness of the docket, the Plaintiff shall file a REDACTED version of the Opposition
9  to Motion to Enforce and Confirm Settlement as a separate docket item by Monday October 6,
10  2008.

Dated: Oct. 3, 2008     By: _____
                              /s/ James Ware
                              Honorable James Ware
                              UNITED STATES DISTRICT COURT
                              NORTHERN DISTRICT OF CALIFORNIA
                              SAN JOSE DIVISION

1

2
3

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**
**(CCP SECTION 1013A(3), 2030, 2301)**

4   I am employed in the County of Los Angeles, State of California, I am over the

5  age of 18 years and not a party to the within action; my business address is Witzer Law

6  Building 8752 Holloway Drive, West Hollywood, CA 90069-2327.

7   On **October 3, 2008**, I served the foregoing document described as:

8  **Plaintiffs [Proposed] Order To Strike Docket Item 276 on** the interested parties in
this action by placing a true copy thereof in a sealed envelope
9
addressed as set forth below:
10
[X]   **MAIL:**. I am "readily familiar" with the firm's practice of collection and processing
11        correspondence for mailing with the United States Postal Service, and that
          correspondence shall be deposited with the United States Postal Service this same day in
12        the ordinary course of business pursuant to Code of Civil Procedure §1013a

13  []   **PERSONAL DELIVERY:** by delivering a true copy thereof by hand to the person or
         office, as indicated, at the address(es) set forth below.
14
    []   **FAX:** by transmitting a true copy thereof by telecopier to the person or office, as
15       indicated, at the address(es) and telecopier number set forth below.

16  [ ]  **BY EXPRESS MAIL:** I caused said document(s) to be deposited in a box or other
         facility regularly maintained by the express service carrier providing overnight delivery
17       pursuant to Code of Civil Procedure §1013©

18  **SEE ATTACHED MAILING LIST**

19   I declare under penalty of perjury under the laws of the State of California that the
foregoing
20
is true and correct.
21
    Executed on **October 3, 2008**, at West Hollywood, California.
22

23   _____
       Nicole Chiari
24

25

26

27

28

Service List

**United States District Court**
**Northern District of California**
San Jose Division
(Clerk's Office)
280 South 1st Street
San Jose, CA 95113
Phone: 408 535-5363

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
**Michael Healy (Bar No. 95098)**
**Genese Dopson (Bar No. 108333)**
**Kelly Savage (Bar No. 235901)**
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
Phone: (415) 781-7900
**(Defendants' Counsel)**

**PENNER & BRADLEY**
**Randall Penner, Esq. (Bar No. 101201)**
1171 West Shaw Ave., Suite 102
Fresno, CA 93711
Tele: (559) 221-2100
**(Plaintiff's Co-counsel)**

**LAW FIRM OF TED B. LYON & ASSOCIATES**
**Marquete Wolf (00797685)**
18601 LBJ Freeway, Suite 525
Mesquite, Texas 75150-5614
Tele: (972) 279-6571/Fax: (972) 279-3021
**(Plaintiff's Co-counsel)**

Colleen T. Davis, Esq.
**REED SMITH LLP**
1999 Harrison Street, Suite 2400
Oakland, CA 94612
**(Counsel for BASF)**

Prent Hallenbeck, Esq.
Ulmer & Berne
600 Vine Street, Suite 2800
Cincinnati, OH 45202
**(Counsel for PAR Pharmaceuticals)**