1  LAW OFFICES OF BRIAN D. WITZER, INC.
   Brian D. Witzer, Esq. (Bar No. 123277)
2  Andrew J. Spielberger, Esq. (Bar No. 120231)
   WITZER LAW BUILDING
3  8752 Holloway Drive
   West Hollywood, CA 90069-2327
4  Tele: (310) 777-5999/Fax: (310) 777-5988

5  PENNER & BRADLEY
   Randall Penner, Esq. (Bar No. 101201)
6  1171 West Shaw Ave., Suite 102
   Fresno, CA 93711
7  Tele: (559) 221-2100

8  LAW FIRM OF TED B. LYON & ASSOCIATES
   Marquete Wolf (00797685)
9  18601 LBJ Freeway, Suite 525
   Mesquite, Texas 75150-5614
10 Tele: (972) 279-6571/Fax: (972) 279-3021

11 Attorneys for Plaintiff Margarita Gaeta, as guardian
   for A.G., a minor child, et al.,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MARGARITA GAETA, as guardian ad litem for A.G., a minor, et al; <br><br> Plaintiff, <br><br> vs. <br><br> PERRIGO PHARMACEUTICALS COMPANY, et al <br><br> Defendant. | Case No. C 05-04115 JW <br> [Assigned for all purposes to the Hon. James Ware, Courtroom 8] <br><br> (PROPOSED) ORDER TO STRIKE DOCKET ITEM 289 |

-1-

PLTFS' [PROPOSED] ORDER TO STRIKE DOCKET ITEM 289, CASE NO. C 05-04115 JW

1   **WHEREAS** Plaintiff filed a Redacted Opposition To Motion To Enforce And Confirm Settlement (Docket Item 289) which includes information regarding the potential confidential settlement amount between Plaintiff and Perrigo; and

4   **WHEREAS**, Plaintiff shall file an Opposition To Motion To Enforce And Confirm Settlement (Amended Redacted Version); NOW THEREFORE

6   **IT IS HEREBY ORDERED** that Docket Item 289 shall be stricken from the Court's Record.

Dated: October 16, 2008

By: _____*James Ware*_____
Honorable James Ware
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
(CCP SECTION 1013A(3), 2030, 2301)

I am employed in the County of Los Angeles, State of California, I am over the age of 18 years and not a party to the within action; my business address is Witzer Law Building 8752 Holloway Drive, West Hollywood, CA 90069-2327.

On **October 8, 2008**, I served the foregoing document described as:

**Plaintiffs [Proposed] Order To Strike Docket Item 276 on** the interested parties in this action by placing a true copy thereof in a sealed envelope addressed as set forth below:

[X]  **MAIL:**.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a

[]   **PERSONAL DELIVERY:**  by delivering a true copy thereof by hand to the person or office, as indicated, at the address(es) set forth below.

[]   **FAX:**  by transmitting a true copy thereof by telecopier to the person or office, as indicated, at the address(es) and telecopier number set forth below.

[ ]  **BY EXPRESS MAIL:** I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013©

**SEE ATTACHED MAILING LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **October 8, 2008**, at West Hollywood, California.

_Nicole Chiari_ (signature)
Nicole Chiari

Service List

**United States District Court**
**Northern District of California**
**San Jose Division**
(Clerk's Office)
280 South 1st Street
San Jose, CA 95113
Phone: 408 535-5363


**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
**Michael Healy (Bar No. 95098)**
**Genese Dopson (Bar No. 108333)**
**Kelly Savage (Bar No. 235901)**
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
Phone: (415) 781-7900
**(Defendants' Counsel)**


**PENNER & BRADLEY**
**Randall Penner, Esq. (Bar No. 101201)**
1171 West Shaw Ave., Suite 102
Fresno, CA 93711
Tele: (559) 221-2100
**(Plaintiff's Co-counsel)**

**LAW FIRM OF TED B. LYON & ASSOCIATES**
**Marquete Wolf (00797685)**
18601 LBJ Freeway, Suite 525
Mesquite, Texas 75150-5614
Tele: (972) 279-6571/Fax: (972) 279-3021
**(Plaintiff's Co-counsel)**


Colleen T. Davis, Esq.
**REED SMITH LLP**
1999 Harrison Street, Suite 2400
Oakland, CA 94612
**(Counsel for BASF)**

Prent Hallenbeck, Esq.
Ulmer & Berne
600 Vine Street, Suite 2800
Cincinnati, OH 45202
**(Counsel for PAR Pharmaceuticals)**