1  Colleen T. Davies (SBN 111371)
   J. David Bickham (SBN 145449)
2  Meghan K. Landrum (SBN 222264)
   Connie K. Lew (SBN 244933)
3  REED SMITH LLP
   1999 Harrison Street, Suite 2400
4  Oakland, CA  94612-3572

5  **Mailing Address:**
   P.O. Box 2084
6  Oakland, CA  94604-2084

7  Telephone:    +1 510 763 2000
   Facsimile:     +1 510 273 8832
8
   Attorneys for Defendant
9  BASF CORPORATION

*IT IS SO ORDERED*
*[signature]*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTINE GAETA, individually, and MARGARITA GAETA, individually and as Guardian Ad Litem for A.G., a minor child, | No.: 5:05-cv-04115-JW |
| Plaintiffs, | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| v. | |
| PERRIGO PHARMACEUTICALS COMPANY, LONGS DRUG STORES CORPORATION, PAR PHARMACEUTICAL COMPANIES, INC., PAR PHARMACEUTICAL, INC., and BASF Corporation, | |
| Defendants. | |

It is hereby stipulated by and between the parties, by and through their undersigned attorneys, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Complaint of plaintiffs Augustine and Margarita Gaeta ("Plaintiffs") and A.G. shall be dismissed, with prejudice, as to defendants BASF Corporation and Par Pharmaceutical, Inc. only.  Each party shall bear its own costs, fees and expenses, including attorneys' fees, in connection with this voluntary dismissal.

Judgment of dismissal with prejudice may be entered hereon pursuant hereto without further notice.

DATED: March 10, 2009                TED B. LYON & ASSOCIATES, P.C.

                                                 By      /s/ Marquette Wolf
                                                 Marquette Wolf, State Bar No. 00797685
                                                 David W. Townend, State Bar No. 20155700
                                                 Ted B. Lyon, Jr., State Bar No. 12741500
                                                 18601 LBJ Freeway, Suite 525
                                                 Mesquite, Texas 75150
                                                 Telephone: (972) 279-6571
                                                 Telecopier: (972) 279-3021
                                                 Attorneys for Plaintiffs

DATED: March 10, 2009                REED SMITH LLP

                                                 By      /s/ Meghan K. Landrum
                                                 Meghan K. Landrum, Esq.
                                                 1999 Harrison St., Suite 2400
                                                 Oakland, CA 94612
                                                 Attorneys for Defendant
                                                 BASF Corporation

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

    The Clerk shall terminate the above named Defendants from the Docket.

DATED: March 19, 2009

                                                HONORABLE JAMES WARE
                                                UNITED STATES DISTRICT JUDGE