Colleen T. Davies (SBN 111371)
J. David Bickham (SBN 145449)
Meghan K. Landrum (SBN 222264)
Connie K. Lew (SBN 244933)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:      +1 510 763 2000
Facsimile:      +1 510 273 8832

Attorneys for Defendant
BASF CORPORATION

IT IS SO ORDERED

*/s/ James Ware*

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTINE GAETA, individually, and MARGARITA GAETA, individually and as Guardian Ad Litem for A.G., a minor child,<br><br>          Plaintiffs,<br><br>     v.<br><br>PERRIGO PHARMACEUTICALS COMPANY, LONGS DRUG STORES CORPORATION, PAR PHARMACEUTICAL COMPANIES, INC., PAR PHARMACEUTICAL, INC., and BASF Corporation,<br><br>          Defendants. | No.: 5:05-cv-04115-JW<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

It is hereby stipulated by and between the parties, by and through their undersigned attorneys, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Complaint of plaintiffs Augustine and Margarita Gaeta ("Plaintiffs") and A.G. shall be dismissed, with prejudice, as to defendants BASF Corporation and Par Pharmaceutical, Inc. only.  Each party shall bear its own costs, fees and expenses, including attorneys' fees, in connection with this voluntary dismissal.

Judgment of dismissal with prejudice may be entered hereon pursuant hereto without further notice.

DATED:  March 10, 2009					TED B. LYON & ASSOCIATES, P.C.


							By     /s/ Marquette Wolf
							    Marquette Wolf, State Bar No. 00797685
							    David W. Townend, State Bar No. 20155700
							    Ted B. Lyon, Jr., State Bar No. 12741500
							    18601 LBJ Freeway, Suite 525
							    Mesquite, Texas 75150
							    Telephone:  (972) 279-6571
							    Telecopier:  (972) 279-3021
							    Attorneys for Plaintiffs


DATED:  March 10, 2009			REED SMITH LLP


							By     /s/ Meghan K. Landrum
							    Meghan K. Landrum, Esq.
							    1999 Harrison St., Suite 2400
							    Oakland, CA 94612
							    Attorneys for Defendant
							    BASF Corporation


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

   The Clerk shall terminate the above named Defendants from the Docket.

DATED:  March 19, 2009

							_____
							HONORABLE JAMES WARE
							UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL AND ORDER THEREON