IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GAETA, | NO. C 05-04115 |
| Plaintiff(s), | **ORDER SETTING CASE MANAGEMENT CONFERENCE IN LIGHT OF NINTH CIRCUIT REMAND** |
| v. | |
| PERRIGO PHARMACEUTICALS COMPANY ET AL, | |
| Defendant(s). | |

In light of the Ninth Circuit Court of Appeals' remand, the Court sets a Case Management Conference for **August 31, 2009 at 10:00 AM** (30 days from date of remand). On or before **August 21, 2009** (10 days from conference), the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' position with respect to the next stage of the litigation in light of the remand, and a proposed schedule to advance the case.

Dated: July 8, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
Judith Belle Anderson janderson@archernorris.com
James Conner Barber lojcb@aol.com ,rhonda.bartlett@barberlawoffice.com
J. David Bickham dbickham@reedsmith.com
Rebecca Marie Biernat Rebecca.Biernat@sdma.com
Jennifer Brenda Bonneville jennifer.bonneville@sdma.com
Colleen T. Davies mstramaglia@reedsmith.com
Rowena Javier Dizon rowena@witzerlaw.com
Genese Kay Dopson genese.dopson@sdma.com
Thomas Michael Frieder tmf@hassard.com
Prentiss Wilmer Hallenbeck , Jr phallenbeck@ulmer.com
Michael F. Healy , Esq michael.healy@sdma.com
Meghan Kathleen Landrum mklandrum@reedsmith.com
Colin C. Munro cmunro@archernorris.com
Miranda Picken Neal miranda.neal@madera-county.com
Randall Penner penner.bradley@sbcglobal.net
Kelly J. Savage kelly.savage@sdma.com
Andrew Joseph Spielberger witzer@witzerlaw.com
Juliet W. Starrett jstarrett@reedsmith.com
Joseph P. Thomas jthomas@ulmer.com
Kenneth C. Ward kcward@archernorris.com
Brian David Witzer witzer@witzerlaw.com
Marquette William Wolf mwolf@tedlyon.com
Bill Zook bzook@tedlyon.com

**Dated:  July 8, 2009**                                                   **Richard W. Wieking, Clerk**

                                                                           **By:      /s/ JW Chambers**
                                                                                **Elizabeth Garcia**
                                                                                **Courtroom Deputy**