IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Margarita Gaeta, et al, | NO. C 05-04115 JW |
| Plaintiffs, v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING HEARING FOR PLAINTIFFS' MOTION FOR RECONSIDERATION** |
| Perrigo Pharmaceuticals Co., et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on August 31, 2009. The parties timely filed a Joint Case Management Statement. (See Docket Item No. 357.) Based on the parties' representation in the Statement, and in light of the fact that Plaintiffs have filed their Motion for Reconsideration in Light of Wyeth v. Levine, 129 S. Ct. 1187 (2009), the Court finds that a conference is not necessary at this time. (See Docket Item No. 358.)

Accordingly, the Court VACATES the August 31, 2009 Case Management Conference. However, Plaintiffs improperly noticed their Motion for a hearing on November 4, 2009, which is not the Court's regular Law and Motion day. Thus, the Court advances the hearing on Plaintiffs' Motion for Reconsideration to **November 2, 2009 at 9 a.m.** Defendant Perrigo shall respond the Motion in accordance with the Civil Local Rules of the Court. All briefing shall be completed on or before **October 19, 2009.**

Dated: August 27, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew Joseph Spielberger witzer@witzerlaw.com
Bill Zook bzook@tedlyon.com
Brian David Witzer witzer@witzerlaw.com
Colin C. Munro cmunro@archernorris.com
Colleen T. Davies cdavies@reedsmith.com
Genese Kay Dopson genese.dopson@sdma.com
J. David Bickham dbickham@reedsmith.com
James Conner Barber lojcb@aol.com
Jennifer Brenda Bonneville jennifer.bonneville@sdma.com
Joseph P. Thomas jthomas@ulmer.com
Judith Belle Anderson janderson@archernorris.com
Juliet W. Starrett jstarrett@reedsmith.com
Kelly J. Savage kelly.savage@sdma.com
Kenneth C. Ward kcward@archernorris.com
Marquette William Wolf mwolf@tedlyon.com
Meghan Kathleen Landrum mklandrum@reedsmith.com
Michael F. Healy michael.healy@sdma.com
Miranda Picken Neal miranda.neal@madera-county.com
Prentiss Wilmer Hallenbeck phallenbeck@ulmer.com
Randall Penner penner.bradley@sbcglobal.net
Rebecca Marie Biernat Rebecca.Biernat@sdma.com
Rowena Javier Dizon rowena@witzerlaw.com
Thomas Michael Frieder tmf@hassard.com

**Dated:  August 27, 2009**                                    **Richard W. Wieking, Clerk**

                                                               **By:     /s/ JW Chambers               **
                                                                        **Elizabeth Garcia**
                                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California