IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Margarita Gaeta, et al., | NO. C 05-04115 JW |
|     Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Perrigo Pharmaceuticals Company, | |
|     Defendant. | |

This case is scheduled for a Case Management Conference on March 28, 2011. On March 18, 2011, the parties filed a Joint Case Management Statement indicating that Defendant plans to file a petition for certiorari in the Supreme Court.[1] Based on the parties' representation, the Court finds good cause to continue the Conference pending the Supreme Court's ruling on Defendant's petition for certiorari.

Accordingly, the Court CONTINUES the Case Management Conference to **May 9, 2011 at 10 a.m**. On or before **April 29, 2011**, the parties shall submit a Joint Case Management Statement updating the Court on the status of the Supreme Court proceedings and provide a good faith proposed schedule on how this case should proceed.

Dated: March 23, 2011

                                                    JAMES WARE
                                                  United States District Chief Judge

---

[1] (See Joint Case Management Statement at 2-3, Docket Item No. 380.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew Joseph Spielberger witzer@witzerlaw.com
Bill Zook bzook@tedlyon.com
Brian David Witzer witzer@witzerlaw.com
Colin C. Munro cmunro@archernorris.com
Colleen T. Davies cdavies@reedsmith.com
David D Mesa david.mesa@sdma.com
Genese Kay Dopson genese.dopson@sdma.com
J. David Bickham dbickham@reedsmith.com
James Conner Barber jcb888@aol.com
Jennifer Brenda Bonneville jennifer.bonneville@sdma.com
Joseph P. Thomas jthomas@ulmer.com
Judith Belle Anderson janderson@archernorris.com
Juliet W. Starrett jstarrett@reedsmith.com
Kelly J. Savage kelly.savage@sdma.com
Kenneth C. Ward kcward@archernorris.com
Marquette William Wolf mwolf@tedlyon.com
Meghan Kathleen Landrum mklandrum@reedsmith.com
Michael F. Healy michael.healy@sdma.com
Miranda Picken Neal miranda.neal@madera-county.com
Prentiss Wilmer Hallenbeck phallenbeck@ulmer.com
Randall Penner penner.bradley@sbcglobal.net
Rebecca Marie Biernat Rebecca.Biernat@tuckerellis.com
Rowena Javier Dizon rowena@witzerlaw.com
Thomas Michael Frieder tmf@hassard.com

**Dated: March 23, 2011**                                    **Richard W. Wieking, Clerk**

                                            **By:    /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**

*United States District Court*
*For the Northern District of California*