1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10   Margarita Gaeta, et al.,                    NO. C 05-04115 JW

11              Plaintiffs,              **ORDER CONTINUING CASE**
         v.                             **MANAGEMENT CONFERENCE**
12
     Perrigo Pharmaceuticals Company,
13
                Defendant.
14   _____/

15

16        This case is scheduled for a Case Management Conference on May 9, 2011.  On April 29,

17   2011, the parties filed a Joint Case Management Statement indicating that Defendant plans to file a

18   petition for certiorari in the Supreme Court.[1]  Defendant contends that the petition for a writ of

19   certiorari is "not due until June 13, 2011."  (Id. at 2.)  Based on the parties' representations, the

20   Court finds good cause to continue the Conference pending Defendant's filing of the petition for

21   certiorari.

22        Accordingly, the Court CONTINUES the Case Management Conference to **June 27, 2011 at**

23   **10 a.m.**  On or before **June 17, 2011**, the parties shall submit a Joint Case Management Statement

24

25

26

27
     _____
28        [1]  (See Joint Case Management Statement at 2-3, Docket Item No. 387.)

**United States District Court**
For the Northern District of California

updating the Court on the status of the Supreme Court proceedings and provide a good faith

proposed schedule on how this case should proceed.


Dated:  May 4, 2011

JAMES WARE
United States District Chief Judge

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew Joseph Spielberger witzer@witzerlaw.com
Bill Zook bzook@tedlyon.com
Brian David Witzer witzer@witzerlaw.com
Colin C. Munro cmunro@archernorris.com
Colleen T. Davies cdavies@reedsmith.com
David D Mesa david.mesa@sdma.com
Genese Kay Dopson genese.dopson@sdma.com
J. David Bickham dbickham@reedsmith.com
James Conner Barber jcb888@aol.com
Jennifer Brenda Bonneville jennifer.bonneville@sdma.com
Joseph P. Thomas jthomas@ulmer.com
Judith Belle Anderson janderson@archernorris.com
Juliet W. Starrett jstarrett@reedsmith.com
Kelly Savage Day kelly.savage@sdma.com
Kenneth C. Ward kcward@archernorris.com
Marquette William Wolf mwolf@tedlyon.com
Meghan Kathleen Landrum mklandrum@reedsmith.com
Michael F. Healy michael.healy@sdma.com
Miranda Picken Neal miranda.neal@madera-county.com
Prentiss Wilmer Hallenbeck phallenbeck@ulmer.com
Randall Penner penner.bradley@sbcglobal.net
Rebecca Marie Biernat Rebecca.Biernat@tuckerellis.com
Rowena Javier Dizon rowena@witzerlaw.com
Thomas Michael Frieder tmf@hassard.com


**Dated:  May 4, 2011**                                    **Richard W. Wieking, Clerk**


                                                           **By:____/s/ JW Chambers_____**
                                                                **Susan Imbriani**
                                                                **Courtroom Deputy**