IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Margarita Gaeta, et al., | NO. C 05-04115 JW |
| Plaintiffs, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Perrigo Pharmaceuticals Company, | |
| Defendant. | |

This case is scheduled for a Case Management Conference on June 27, 2011. On June 17, 2011, the parties filed a Joint Case Management Conference Statement indicating that Defendant filed a petition for certiorari in the Supreme Court on June 10, 2011.[1] Defendant contends that it "anticipates its petition will be granted," in light of the Supreme Court's "recent consideration of the issues at play in this case" in two other cases, and contends that the Court should vacate the June 27 Conference and stay any further action until the Supreme Court issues its determination on Defendant's petition. (Id. at 2-3.)

Based on the parties' representations, the Court finds good cause to continue the Conference pending the Supreme Court's determination on Defendant's petition for certiorari. Accordingly, the Court CONTINUES the Case Management Conference to **September 12, 2011 at 10 a.m.** On or before **September 2, 2011**, the parties shall submit a Joint Case Management Statement updating

---

[1] (See Joint Case Management Conference Statement at 2, Docket Item No. 389.)

1  the Court on the status of the Supreme Court proceedings and provide a good faith proposed
2  schedule on how this case should proceed.

5  Dated:  June 21, 2011

*James Ware*
JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew Joseph Spielberger witzer@witzerlaw.com
Bill Zook bzook@tedlyon.com
Brian David Witzer witzer@witzerlaw.com
Colin C. Munro cmunro@archernorris.com
Colleen T. Davies cdavies@reedsmith.com
David D Mesa david.mesa@sdma.com
Genese Kay Dopson genese.dopson@sdma.com
J. David Bickham dbickham@reedsmith.com
James Conner Barber jcb888@aol.com
Jennifer Brenda Bonneville jennifer.bonneville@sdma.com
Joseph P. Thomas jthomas@ulmer.com
Judith Belle Anderson janderson@archernorris.com
Juliet W. Starrett jstarrett@reedsmith.com
Kelly Savage Day kelly.savage@sdma.com
Kenneth C. Ward kcward@archernorris.com
Marquette William Wolf mwolf@tedlyon.com
Meghan Kathleen Landrum mklandrum@reedsmith.com
Michael F. Healy michael.healy@sdma.com
Miranda Picken Neal miranda.neal@madera-county.com
Prentiss Wilmer Hallenbeck phallenbeck@ulmer.com
Randall Penner penner.bradley@sbcglobal.net
Rebecca Marie Biernat Rebecca.Biernat@tuckerellis.com
Rowena Javier Dizon rowena@witzerlaw.com
Thomas Michael Frieder tmf@hassard.com

**Dated: June 21, 2011**               **Richard W. Wieking, Clerk**

                                       **By:    /s/ JW Chambers**
                                             **Susan Imbriani**
                                             **Courtroom Deputy**