IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Margarita Gaeta, et al., | NO. C 05-04115 JW |
| Plaintiffs, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Perrigo Pharmaceuticals Company, | |
| Defendant. | |

This case is scheduled for a Case Management Conference on September 12, 2011. On September 7, 2011, the parties filed a Joint Case Management Conference Statement indicating that Defendant has filed a petition for writ of certiorari with the Supreme Court which "is currently set to be conferenced on September 26, 2011."[1] Defendant contends that it "anticipates its petition will be granted," in light of the Supreme Court's "recent consideration of the issues at play in this case" in two other cases, and contends that the Court should vacate the September 7 Conference and stay any further action until the Supreme Court issues its determination on Defendant's petition. (Id. at 2-3.)

Based on the parties' representations, the Court finds good cause to continue the Conference pending the Supreme Court's determination on Defendant's petition for certiorari. Accordingly, the Court CONTINUES the Case Management Conference to **October 31, 2011 at 10 a.m.** On or before **October 21, 2011**, the parties shall submit a Joint Case Management Statement updating the

---

[1] (See Joint Case Management Conference Statement at 3, Docket Item No. 391.) The Statement also contends that on August 10, 2011, the Supreme Court "requested Plaintiffs to file a Response" to the petition for writ of certiorari. (Id. at 2.)

1  Court on the status of the Supreme Court proceedings and provide a good faith proposed schedule
2  on how this case should proceed.

5  Dated: September 7, 2011

JAMES WARE
United States District Chief Judge

2

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Andrew Joseph Spielberger witzer@witzerlaw.com
Bill Zook bzook@tedlyon.com
3 Brian David Witzer witzer@witzerlaw.com
Colin C. Munro cmunro@archernorris.com
4 Colleen T. Davies cdavies@reedsmith.com
David D Mesa david.mesa@sdma.com
5 Genese Kay Dopson genese.dopson@sdma.com
J. David Bickham dbickham@reedsmith.com
6 James Conner Barber jcb888@aol.com
Jennifer Brenda Bonneville jennifer.bonneville@sdma.com
7 Joseph P. Thomas jthomas@ulmer.com
Judith Belle Anderson janderson@archernorris.com
8 Juliet W. Starrett jstarrett@reedsmith.com
Kelly Savage Day kelly.savage@sdma.com
9 Kenneth C. Ward kcward@archernorris.com
Marquette William Wolf mwolf@tedlyon.com
10 Meghan Kathleen Landrum mklandrum@reedsmith.com
Michael F. Healy michael.healy@sdma.com
11 Miranda Picken Neal miranda.neal@madera-county.com
Prentiss Wilmer Hallenbeck phallenbeck@ulmer.com
12 Randall Penner penner.bradley@sbcglobal.net
Rebecca Marie Biernat Rebecca.Biernat@tuckerellis.com
13 Rowena Javier Dizon rowena@witzerlaw.com
Thomas Michael Frieder tmf@hassard.com

15 **Dated:  September 7, 2011**          **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers            **
      **Susan Imbriani**
      **Courtroom Deputy**