1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          SAN FRANCISCO DIVISION

10   Margarita Gaeta, et al.,                    NO. C 05-04115 JW

11              Plaintiffs,                       **ORDER CONTINUING CASE
                                                  MANAGEMENT CONFERENCE**
       v.
12
     Perrigo Pharmaceuticals Company,
13
                Defendant.
14   _____/

15
16          This case is scheduled for a Case Management Conference on September 12, 2011.  On

17   September 7, 2011, the parties filed a Joint Case Management Conference Statement indicating that

18   Defendant has filed a petition for writ of certiorari with the Supreme Court which "is currently set to

     be conferenced on September 26, 2011."[1]  Defendant contends that it "anticipates its petition will be
19
     granted," in light of the Supreme Court's "recent consideration of the issues at play in this case" in
20
     two other cases, and contends that the Court should vacate the September 7 Conference and stay any
21
     further action until the Supreme Court issues its determination on Defendant's petition.  (Id. at 2-3.)
22
            Based on the parties' representations, the Court finds good cause to continue the Conference
23
     pending the Supreme Court's determination on Defendant's petition for certiorari.  Accordingly, the
24
     Court CONTINUES the Case Management Conference to **October 31, 2011 at 10 a.m.**  On or
25
     before **October 21, 2011**, the parties shall submit a Joint Case Management Statement updating the
26

27          [1]  (See Joint Case Management Conference Statement at 3, Docket Item No. 391.)  The
     Statement also contends that on August 10, 2011, the Supreme Court "requested Plaintiffs to file a
28   Response" to the petition for writ of certiorari.  (Id. at 2.)

**United States District Court**
For the Northern District of California

Court on the status of the Supreme Court proceedings and provide a good faith proposed schedule on how this case should proceed.

Dated:  September 7, 2011

_____
JAMES WARE
United States District Chief Judge

United States District Court
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Andrew Joseph Spielberger witzer@witzerlaw.com
     Bill Zook bzook@tedlyon.com
3    Brian David Witzer witzer@witzerlaw.com
     Colin C. Munro cmunro@archernorris.com
4    Colleen T. Davies cdavies@reedsmith.com
     David D Mesa david.mesa@sdma.com
5    Genese Kay Dopson genese.dopson@sdma.com
     J. David Bickham dbickham@reedsmith.com
6    James Conner Barber jcb888@aol.com
     Jennifer Brenda Bonneville jennifer.bonneville@sdma.com
7    Joseph P. Thomas jthomas@ulmer.com
     Judith Belle Anderson janderson@archernorris.com
8    Juliet W. Starrett jstarrett@reedsmith.com
     Kelly Savage Day kelly.savage@sdma.com
9    Kenneth C. Ward kcward@archernorris.com
     Marquette William Wolf mwolf@tedlyon.com
10   Meghan Kathleen Landrum mklandrum@reedsmith.com
     Michael F. Healy michael.healy@sdma.com
11   Miranda Picken Neal miranda.neal@madera-county.com
     Prentiss Wilmer Hallenbeck phallenbeck@ulmer.com
12   Randall Penner penner.bradley@sbcglobal.net
     Rebecca Marie Biernat Rebecca.Biernat@tuckerellis.com
13   Rowena Javier Dizon rowena@witzerlaw.com
     Thomas Michael Frieder tmf@hassard.com

14

15   Dated:  September 7, 2011                    Richard W. Wieking, Clerk

16
                                                  By:____/s/ JW Chambers_____
17                                                    Susan Imbriani
                                                      Courtroom Deputy
18

19

20

21

22

23

24

25

26

27

28