IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Margarita Gaeta, et al., | NO. C 05-04115 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE; ADMINISTRATIVELY CLOSING CASE** |
| v. | |
| Perrigo Pharmaceuticals Company, | |
| Defendant. | |

This case is scheduled for a Case Management Conference on December 12, 2011. On December 2, 2011, the parties filed a Joint Case Management Conference Statement informing the Court that on October 31, 2011, the Supreme Court granted Defendant's petition for a writ of certiorari, vacated the judgment, and remanded the case to the Ninth Circuit for further consideration in light of PLIVA, Inc. v. Mensing.[1]  (Joint Case Management Statement at 2, Docket Item No. 397.)

In light of the Supreme Court's order, the Court VACATES the Conference as unnecessary. Pending the Ninth Circuit review of the case, the Court ORDERS the Clerk of Court to administratively CLOSE this case.  Within ten days of the Ninth Circuit's order on remand from the Supreme Court, either party may move to have the case reopened.

Dated:  December 5, 2011

JAMES WARE
United States District Chief Judge

---

[1] 131 S. Ct. 2567 (2011).

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew Joseph Spielberger witzer@witzerlaw.com
Bill Zook bzook@tedlyon.com
Brian David Witzer witzer@witzerlaw.com
Colin C. Munro cmunro@archernorris.com
Colleen T. Davies cdavies@reedsmith.com
David D Mesa david.mesa@sdma.com
Genese Kay Dopson genese.dopson@sdma.com
J. David Bickham dbickham@reedsmith.com
James Conner Barber jcb888@aol.com
Jennifer Brenda Bonneville jennifer.bonneville@sdma.com
Joseph P. Thomas jthomas@ulmer.com
Judith Belle Anderson janderson@archernorris.com
Juliet W. Starrett jstarrett@reedsmith.com
Kelly Savage Day kelly.savage@sdma.com
Kenneth C. Ward kcward@archernorris.com
Marquette William Wolf mwolf@tedlyon.com
Meghan Kathleen Landrum mklandrum@reedsmith.com
Michael F. Healy michael.healy@sdma.com
Miranda Picken Neal miranda.neal@madera-county.com
Prentiss Wilmer Hallenbeck phallenbeck@ulmer.com
Randall Penner penner.bradley@sbcglobal.net
Rebecca Marie Biernat Rebecca.Biernat@tuckerellis.com
Rowena Javier Dizon rowena@witzerlaw.com
Thomas Michael Frieder tmf@hassard.com

**Dated:  December 5, 2011**                              **Richard W. Wieking, Clerk**

                                                          **By:      /s/ JW Chambers**
                                                                **Susan Imbriani**
                                                                **Courtroom Deputy**