## Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

December 2, 2011

Clerk
United States Court of Appeals
  for the Ninth Circuit
P.O. Box 193939
San Francisco, California 94119-3939

      Re:  L. Perrigo Company
            v. Augustine Gaeta, et ux., Individually and as Guardian
              ad Litem for A. G., a minor
           No. 10-1499   (Your docket No. 09-15001)

Dear Clerk:

     Attached please find a certified copy of the judgment of this Court in the above-entitled case. You may obtain a copy of the opinion cited in the judgment by visiting our website @www.supremecourt.gov.

                                          Sincerely,

                                          WILLIAM K. SUTER, Clerk

                                          By *[signature]*

                                          Elizabeth Brown
                                          Judgments/Mandates Clerk

Enc.
cc:  Michael F. Healy, Esq.
       Stuart B. Esner, Esq.

## Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

December 2, 2011

Mr. Michael F. Healy
Sedgwick LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105

Re: L. Perrigo Company
v. Augustine Gaeta, et ux., Individually and as Guardian
ad Litem for A. G., a minor
No. 10-1499

Dear Mr. Healy:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

The petitioner is given recovery of costs in this Court as follows:

**Clerk's costs:**       $300.00

This amount may be collected from the respondents.

Sincerely,

WILLIAM K. SUTER, Clerk

By *Elizabeth Brown*

Elizabeth Brown
Judgments/Mandates Clerk

cc:   Stuart B. Esner, Esq.
        Clerk, USCA for Ninth Circuit
            (Your docket No. 09-15001)

## Supreme Court of the United States

*No.* 10-1499

L. PERRIGO COMPANY,

Petitioner

v.

AUGUSTINE GAETA, ET UX., INDIVIDUALLY
and as GUARDIAN ad LITEM for A. G., a MINOR

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment is vacated with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *PLIVA, Inc.* v. *Mensing*, 564 U.S. ___ (2011).

**IT IS FURTHER ORDERED** that the petitioner L. Perrigo Company recover from Augustine Gaeta, et ux., Individually and as Guardian ad Litem for A. G., a Minor Three Hundred Dollars ($300.00) for costs herein expended.

October 31, 2011

Clerk's costs:    $300.00

A True copy. WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By: [signature] Cynthia Rapp