UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

APR 12 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARGARITA GAETA, as guardian ad litem for A.G., a minor child and AUGUSTINE GAETA,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>PERRIGO PHARMACEUTICALS COMPANY and BASF CORPORATION,<br><br>        Defendants - Appellees. | No. 09-15001<br><br>D.C. No. 5:05-cv-04115-JW<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |

The mandate issued on March 23, 2011, is vacated.

The judgment of this Court, entered February 27, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                            FOR THE COURT:
                                            Molly C. Dwyer
                                            Clerk of Court

                                            Rhonda Roberts
                                            Deputy Clerk